UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-13133-RGS

CURTIS HOWELL

v.

BOSTON POLICE DEPARTMENT, et al.

ORDER

January 18, 2024

STEARNS, D.J.

On December 14, 2023, *pro se* plaintiff Curtis Howell brought this action against Planet Fitness, the Boston Public Library, and the Boston Police Department for their alleged misconduct concerning the theft of his smart phones on May 17, 2022 while he was at Planet Fitness and on May 20, 2022 when he was at the Boston Public Library. On December 21, 2023, the court entered an order granting Howell's motion for leave to proceed *in forma pauperis* and dismissing the action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Dkt #4.

Howell has filed a motion for relief from judgement. Dkt #6. Upon review of this motion, the court finds that Howell has not shown a basis for the court to reconsider its dismissal of this action. The motion is DENIED.

If Howell seeks further judicial review of the dismissal of this action, he may pursue appellate relief.

Except for any papers related to an appeal (*e.g.*, a notice of appeal), Howell shall not file any additional papers in this action. Any filing in violation of this order shall be struck from the docket.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE